**United States Bankruptcy Court**
**Southern District of New York**

**IN RE:**                                                                  Case No. _____

**Zelouf International Corp.**                                           Chapter **11** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 16, 2015** _____     Signature: */s/ Danny S. Zelouf* _____
                                                      **Danny S. Zelouf, President**                                           Debtor

Date: _____     Signature: _____
                                                                                                  Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
801 Bloomfield Ave. Associates LLC
801 Bloomfield Ave. Eastside
Clifton, NJ   07013


Asiana Express NY Corp.
167-10 South Conduit Ave. Ste. 103
Jamaica, NY   11434


Atmosphere Studio
Via Tentorio 4/M
22100 Como Italy,


Blue Studio S.R.L.
Via Tentorio 4/M
22100 Como Italy,


Broadview Networks
P.O. Box 91191
Port Chester, NY   10573-1191


Bureau Veritas Hong Kong Ltd.
No. 168, Guanghua Road, Zhuanqiao Town
Minghang Shanghai China,      201108


Cablevision
1111 Stewart Avenue
Bethpage, NY   11714-3581


Changzhou Shenda Warp Knitting
52 Fexgxiang Road, Zhonghou Ec. Dev. Zn.
Changzhou City China,      213023


CIT Technology Fin Services Inc.
21146 Network Place
Chicago, IL   60673-1211
```

Commodore Factors Corp.
1430 Broadway
New York, NY  10018


Confires Fire Protection
910 Oak Tree Avenue, Suite J
South Plainfield, NJ  07080


Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111


Daewoong Textile
10 Sungseo-R0 75 Gil, Dalseo Gu
Daegu Korea,


Danny S. Zelouf
75 Dogwood Lane
Roslyn Harbor, NY  11576-0000


Danny S. Zelouf
75 Dogwood Lane
Roslyn Harbor, NY  11576


DirectTV
P.O. Box 60036
Los Angeles, CA  90060-0036


Element Financial Corp.
655 Business Center Drive, Suite 250
Horsham, PA  19044


EZ Worldwide Express
669 Division Street
Elizabeth, NJ  07201

```
Fashion Touch
30 Gwangjeok RO 65 Beon Gil
Gyenggi Do Korea,


FedEx
P.O. Box 371461
Pittsburgh, PA  15250-7461


FIF International
Rm # 303 Won Building, 608 Cheondaero
Seoul Korea,


Filco Carting Corp.
111 Gardner Ave.
Brooklyn, NY  11237


Fine Textiles
Yidong Mansion #58, Jinqiao Rd.
Shanghai China,


Ina Textile
Jinghui Bldg, Rm808, Keqiao
Shanghai China,


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Intertek Testing Services Ltd. Shanghai
No. 889 Yi Shan Road
Shanghai China,     200233


Jade Tex
121 Geumo RO Uljeong Bust
Gyenggido Korea,
```

Jeon Seiha (Join US)
42-42 Leehyun Dong Seogu
Daegu Korea,


Jewels Transportation Inc.
1875 McCarter Highway
Newark, NJ  07104


Jinno
No.200-4 307 SeongSeodong Rd.
Daegu Korea,


Jiwon Corporation
907 Weikyo Bldg. 44-16 Yoido-Dong
Seoul Korea,


Joen Tex Co. Ltd.
99 Dongback Ro 124 Gil
Gyeonggi-Do Korea,


K S Trading
1111 S.Welz Tower, 77-4 Karak Dong
Seoul Korea,


K S Trading
1111 S. Welz Tower, 77-4 Karak Dong
Seoul Korea,


Karatex
Hwasung Building Room #201, 361-3 Jangan
Seoul Korea,


La Mode Int'l Co. Ltd.
626 Janggok Ro Uijeongbu Si
Gyenonggi Do Korea,

Malibu Textiles Inc.
39 West 37th Street
New York, NY  10018-6249


Master Air International Inc.
175-01 Rockaway Blvd. Suite 101
Jamaica, NY  11434


Mercedes-Benz Credit Corp.
P.O. Box 5209
Carol Stream, IL  60197-5209


Merchant Factors Corp.
1441 Broadway, 22nd Floor
New York, NY  10018


Metropolitan Life Insurance Company
P.O. Box 371487
Pittsburgh, PA  15250-7487


Mod 2 Inc.
3317 South Broadway
Los Angeles, CA  90007


Nahal Zelouf
C/O Wolf Haldenstein, Et Al.
270 Madison Avenue
New York, NY  10016


Nano Textile
Cheomgsa Ro 5 Beon Gil, Uijeongbu Si
Gyeonggi Do Korea,


Nano Textile
Cheomgsa Ro 5 Beon Gil, Uijeonbu Si
Gyeonggi Do Korea,

Nano Textile
Cheomgsa Ro 5 Beon Gul, Uijeongbu Si
Gyeonggi Do Korea,


NCHB Corp.
149-05 177th Street, 2nd Floor
Jamaica, NY   11434


NR Designs
65 East 32nd Street, Apt. 18F
New York, NY   10016


NYC Department Of Finance
Attn: Legal Affairs
345 Adams Street
Brooklyn, NY   12201


NYC Fire Department
910 Oak Tree Ave
South Plainfield, NJ   07080


NYS Assessment Receivables
P.O. Box 4127
Binghamton, NY   13902-4127


NYS Department Of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY   12205


Passaic Valley Water Commission
P.O. Box 11393
Newark, NJ   07101-4393

```
Pryor Cashman LLP
7 Times Square
New York, NY   10036


PSE&G Co.
P.O. Box 14444
New Brunswick, NJ   08906-4444


Quench USA
P.O. Box 8500, Lockbox 53203
Philadelphia, PA   19178-3203


Rony Zelouf
9 Gould Street
Great Neck, NY   11024-0000


Sacotex/Max Fashion
Changlonjg Bldg 18th Fl.
Keqiao Shaoxing China,


Samil Knit
Rio Bd 7F, 170 Yeoksamro, Kangnamgu
Seoul Korea,


Shaoxing Jesstex Textiles Co. Ltd.
RM1911-1912 Diamond Plaza Keqiao
Shaoxing China,


Shaoxing Tianxun
Rm#1001 Dimond Bldg. Geqiao
Zheziang China,


Sung Bong
Weve Pav., 50 Susng-Dong, Jongro-Gu
Seoul Korea,
```

The CIT Group/Commercial Services, Inc.
201 S. Tryon Street
Charlotte, NC  28202


The CIT Group/Commercial Services, Inc.
11 West 42nd Street
New York, NY  10038


Tower Insurance Company Of New York
P.O. Box 29919
New York, NY  10087


UPS
P.O. Box 7247-0244
Philadelphia, PA  19170


Veeco Crest CFS
6801 Westside Ave
North Bergen, NJ  07047


Wang Kuo-Lin/Winner Logistics
Rm. 1208 No. 188 Si Ping Rd. Hong Ku
Shanghai China,


Wrag-Time Transport
P.O. Box 4776, Dept. 200
Houston, TX  77210-4776


Y&L Trading
Rm 709 2CHA Woorim E Biz Center
Seoul Korea,


Youngki Synthetic
Chung Pung Bldg, 3rd Fl, 942-6 Daechi-Do
Seoul Korea,